```
                    IN THE UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF ARKANSAS
                           FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                          PLAINTIFF

        v.        Case No. 08-50010-001

IVAN GARCIA-SANTANA                                               DEFENDANT

### ORDER

NOW on this 21st day of February, 2008, comes on for consideration a **Motion to Amend Indictment** (document #10), and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **granted**. An amended indictment, reflecting that the defendant be shown as CESAR ALFREDO ORELLANA-GARCIA, a/k/a Ivan Garcia-Santana, should be filed within five (5) days from the date of this order.

**IT IS SO ORDERED.**

```
                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT COURT
```